**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISCTRICT OF TEXAS
DALLAS DIVSION**

| | | |
|---|---|---|
| **WIRELESS HANDOVER OY**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | **3:13-cv-00507-M** |
| v. | § | **PATENT CASE** |
| | § | |
| **AT&T MOBILITY LLC** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

<u>**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Sanford E. Warren, Jr. files this Unopposed Motion to Withdraw as Counsel of Record, and in support thereof respectfully shows the Court the following:

Sanford E. Warren, Jr. has left Akin Gump Strauss Hauer & Feld and is no longer actively involved in the representation of AT&T Mobility LLC ("AT&T") in the above matter. Akin Gump Strauss Hauer & Feld, LLP will continue representation of AT&T.  Neither the Plaintiff nor the Defendant oppose the withdrawal and there is no need to designate substitute counsel for Defendant.  For these reasons, Sanford E. Warren, Jr. asks this Court to grant this Motion to Withdraw as Counsel of Record.

Respectfully submitted,

WARREN RHOADES LLP


/s/ *Sanford E. Warren, Jr.*

Sanford E. Warren, Jr.
State Bar No. 20888690
1212 Corporate Drive, Suite 250
Irving, Texas  75038
Telephone:  972-550-2955
Email:  swarren@wriplaw.com

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that I have conferred with all parties regarding the above motion, and this motion is unopposed.

<u>/s/ *Sanford E. Warren, Jr.*</u>
Sanford E. Warren, Jr.

## <u>CERTIFICATE OF FILING</u>

I hereby certify that on this this 3rd day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

<u>/s/ *Sanford E. Warren, Jr.*</u>
Sanford E. Warren, Jr.

<u>**MOTION TO WITHDRAW AS COUNSEL OF RECORD**</u> – Page 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION TO**

**WITHDRAW AS COUNSEL OF RECORD**, was served on the following counsel on this 3rd

day of October, 2014.

> *ATTORNEYS FOR PLAINTIFF*
> Craig L. Uhrich
> State Bar No. 24033284
> UHRICH LAW FIRM P.A.
> 222 Center Ave.
> Oakley, KS  67748
> Telephone: 785-671-1237
> Email:  craig.uhrich@gmail.com
>
> *COUNSEL FOR DEFENDANT AT&T MOBILITY LLC*
> David R. Clonts
> State Bar No. 04403700
> Email:  dclonts@akingump.com
> Michael F. Reeder, II
> State Bar No. 24070481
> Email:  mreeder@akingump.com
> Ashley Edison Brown
> State Bar No. 24078464
> abrown@akingump.com
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 1111 Louisiana, 44th Floor
> Houston, Texas  77002
> Telephone:  713-220-5800
> Facsimile:  713-236-0822
>
> Jay K. Tatachar
> State Bar No. 24079438
> Email:  jtatachar@akingump.com
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 1700 Pacific Avenue, Suite 4100
> Dallas, Texas  75201
> Telephone:  214-969-2800
> Facsimile:  214-969-4343

/s/ *Sanford E. Warren, Jr.*
Sanford E. Warren, Jr.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISCTRICT OF TEXAS
## DALLAS DIVSION

| | | |
|---|---|---|
| **WIRELESS HANDOVER OY**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | **3:13-cv-00507-M** |
| v. | § | **PATENT CASE** |
| | § | |
| **AT&T MOBILITY LLC** | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

The Court has considered the Motion to Withdraw as counsel of record for Defendant, AT&T Mobility LLC, (the "Defendant") filed by Sanford E. Warren, Jr. of Warren Rhoades LLP.  The Court has determined that the motion has merit and it is GRANTED.

It is therefore ORDERED that Sanford E. Warren, Jr. is permitted to withdraw as counsel for said Defendant and shall have no further obligation as counsel of record in this action.  The Court Clerk shall remove attorney Sanford E. Warren, Jr. from the service list in this action.